# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



FILED
OCT 26 2022
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.

Christopher Alexander #0741900

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

M.G. Boyles - Lead Detective
A.C. Shores III Detective
Julia Gullett Judge

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendant No. 3
- Name: Julia Gullett
- Job or Title (if known): Superior Court Judge
- Shield Number:
- Employer:
- Address: Yadkin County Court
  - City: Yadkinville
  - State: NC
  - Zip Code: 27055

[✓] Individual capacity  [ ] Official capacity

Defendant No. 4
- Name:
- Job or Title (if known):
- Shield Number:
- Employer:
- Address:
  - City:
  - State:
  - Zip Code:

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**fifth, forth, fourteenth, Eighth Amendment Constitution**

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

C. What date and approximate time did the events giving rise to your claim(s) occur?

on June Second 20, 2019 through June 29, 2018,

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Detective Boyles Tampering with State evidence in Plaintiff case, doing Jail time, the court was force to dismiss the Charge against Plaintiff, right after this, Detective Shores came right back, and recharge me with the same Charges that was dismiss, forceing imprisonment on Plaintiff,

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff is Claiming mental health Stress for force to False imprisonment, this have took a Stressful toll on Plaintiff due to Service prison time against his will, when the court Show the Charge was dismiss against Plaintiff, violation the rights of Plaintiff, without any regard for the Constitution

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff was force into false imprisonment, due to a State Agency falsify State evidence twice in Plaintiff case, against Plaintiff constitution as well as the right the constitution protect the citizen of this country. Plaintiff is seeking money damages for relief, also punitve damages for wrong doing of the Defendants,

Case 1:22-cv-00912-TDS-LPA    Document 2    Filed 10/26/22    Page 3 of 11

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   yadkin County Jail

2. What did you claim in your grievance?

   Plaintiff evidence was tamper with and case was dismiss

3. What was the result, if any?

   At the time State refuse to take action for my rights

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   went to Step three,

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☑ No
   If no, give the approximate date of disposition.   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/19/22

Signature of Plaintiff: Chris Alexander
Printed Name of Plaintiff: Chris Alexander
Prison Identification #: 0741900
Prison Address: P.O. 728  Norlina, NC 27563
Warren CI    N.C   27563
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

# CAUSE OF ACTION

22CVS479

This is a civil rights action filed by Chris Alexander a state prisoner. for damages and injunctive relief under 42 U.S.C. § 1983 alleging by denial Chris Alexander Due Process, in violation of my Fifth Amendment, Eighth Amendment, forth Amendment, to the United States Constitution and wrongful in prisonment under falsify Legal court document, in violation of the Due Process Clause of the fourteenth Amendment to the Constitution

## Jurisdiction

1. The Court has Jurisdiction over plaintiff's claim of violation of federal constitutional right under 42 U.S.C. §§ 1331(1) and 1343.

## Parties

2. Plaintiff - Chris Alexander, State Prisoner of the Department of public Safety of Correction.

3. Defendant - M.G. Boyles, - Job title, Detective,

4. Defendant - A.C. Shores III - Job title, Detective,

5. Defendant - Julia Gullett - Job title, Court Judge.

# FACT OF THE CASE

6. plaintiff on march 20, 2019 was in Yadkin County Courthouse was Sentenced to four habitual, Sentence was to run Consecutively

7. On June Second, 2015, Detective Boyles arrested me, and I remain in Jail until June twentyninety 2018, add to a total of 36 months, and 27 days, was falsely took from my right to freedom by the constitution of the United State, by falsify court document, and Tampering with state evidence,

8. Detective Boyles was force to resign for his Conduct, due to his resign, that put a delay on my case, from february 2016 until february 2017,

9. From 2017, A.C. Shores III was sign to my case, doing 2017, at the time my case was sign to Detective Shores, the trial court has already dismiss my case, through the Yadkin County Courthouse, Yet Detective Shores recharge Plaintiff with the same charge that was dismiss by this same court, detective Shores not only falseify court document, he violate by destruction of Justice, tempt of court violation of the constitution, Just to name a few in the Light of this court,

10. By detective Shores recharge with the same warrants that detective Boyles original charge me with, was dismiss due to Mr Boyles unlawful conduct, and detective Shores come right behind Mr Boyles useing the same charge, have the plaintiff at this time under false imprisonment, which is a violation of my constitution that written in this complaint,

11. I was held in the yadkin county Jail under false-pretend, against my will, due to the court record I have in my possessive from the court, plaintiff charge was dismiss in 2016,

12. from february 2016 until June 2018 I serve Jail time under false pretend,

13. by the defendants conduct plaintiff taken from his family, was unable to preform a father duty mental and financially, due to this false imprisonment it been hard mentaly as well,

14. now with all the evidence against these defendants as well as the sentencing Judge, Ms. Julia Gullett as a defendant in this complaint the appeal court have remanded plaintiff case in his favor,

15. plaintiff is seeking relief in this court for the violation of plaintiff constitution rights under the civil rights Laws, and damage for false imprisonment,

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21 day of September 2022

Signa[signature]

Page 4 of 4

Case 1:22-cv-00912-TDS-LPA   Document 2   Filed 10/26/22   Page 10 of 11

I, Chris Aluxander, appearing before the under signed Notary Public

Sworn to (or Affirmed) and Subscribed befor me this 21 day of September 20 22.

Signature of Notary Public _Stacey L. Collin_

My Commission expires 04/08, 20 24

[Notary Seal: STACEY L COLLIER, NOTARY PUBLIC, WARREN COUNTY, NC, My Commission Expires 4-8-2024]